UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

12 JUL 24 AM 10: 09

IN THE MATTER OF:　　　　　　　)
　　　　　　　　　　　　　　　　)
Joanne Hibner　　　　　　　　　　)　　CASE NO. 12-31353
　　Debtors　　　　　　　　　　　)　　Chapter 13
　　　　　　　　　　　　　　　　)
Radiology, Inc.　　　　　　　　　　)
　　Creditors　　　　　　　　　　 )

## MOTION TO RESTRICT

COMES NOW Creditor, Radiology, Inc., by counsel, and moves this court to Restrict Public Access from claim #7 due to clerical error where personal information was attached to the proof of claim.

For this reason, Creditor respectfully prays that the Proof of Claim as filed in this Cause be Restricted.

_____
Eric L. Diamond, 4779-71       JUL 2 3 2012
P.O. Box 1875, 405 W. Wayne St.
South Bend, IN 46634-1875
Phone: (574) 232-6918

U.S. Bankruptcy Court of
Northern Indiana
401 S. Michigan St.
South Bend, IN 46601