dlh

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:
JOANNE HIBNER

CASE NUMBER: 12-31353
CHAPTER 13

Debtor

### ORDER

At SOUTH BEND, Indiana on   May 11, 2017.

On March 7, 2017, Trustee, Debra L. Miller, filed a Motion for Court Determination of Final Cure Payment in regards to the mortgage held by OCWEN LOAN SERVICING LLC, Court Claim 4.   It is now:

**ORDERED** that the Debtor has paid in full the amount required to cure the pre-petition default;

**FURTHER ORDERED** that Debtor's mortgage is contractually current as of the Trustee's Notice of February 15, 2017 and the next payment is due May 2017 as the Trustee has made the March 1, 2017 and April 1, 2017 payments;

**FURTHER ORDERED** that there are no fees, costs or advances outstanding as of the date of the Notice of February 15, 2017; and

**FURTHER ORDERED** that Debtor's escrow account is current as of the date of the Notice of February 15, 2017;

**FURTHER ORDERED** that the unpaid principle balance of the mortgage loan is $108,694.84 with a deferred principle balance of $75,000 and a balloon payment remaining as of April 18, 2017;

_____
Harry C. Dees, Jr., Judge
United States Bankruptcy Court